IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | |
| | ) | **8:05CR5** |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | |
| | ) | |
| **LEROY LYNN,** | ) | |
| | ) | |
| Defendant. | ) | |

This matter is before the court on defendant Leroy Lynn's (Lynn) objection to the court's tentative findings of fact (Filing No. 22) and supplemental and renewed objections (Filing No. 21). An evidentiary hearing will be held at the time of sentencing on the objections and supplemental and renewed objections.

**IT IS SO ORDERED.**

DATED this 17th day of June, 2005.

BY THE COURT:

s/ Thomas D. Thalken
United States Magistrate Judge